AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 20-20023-JTF/tmp |
| BRIAN SUMMERSON | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     BRIAN SUMMERSON                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201-   Kidnapping
18 U.S.C. § 875(a)- Transmit through interstate/foreign commerce ransom demand person

Date: January 30, 2020                                    *Diane K. Vescovo*
                                                                     *Issuing officer's signature*

City and state:     MEMPHIS, TENNESSEE                    Diane K. Vescovo, U.S. Chief Magistrate Judge
                                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                    _____ |
|                                                                     *Arresting officer's signature* |
|                                                                     _____ |
|                                                                     *Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    BRIAN SUMMERSON

Known aliases:

Last known residence:    1408 SANDBAR CT, DILLON, SC 29536

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:    01/19/1995

Social Security number:    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

Height:                                                    Weight:

Sex:    Male                                              Race:    Black

Hair:                                                        Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:    962527VG7

Complete description of auto:

Investigative agency and address:    FBI, SA Charles Irvin, 225 N. Humphreys Blvd, #3000, Memphis, TN 38120
(901) 356-7572

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: