AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF South Carolina

**EXHIBIT AND WITNESS LIST**

USA v. Brian Summerson

Case Number: 4:20CR00085

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| West | Everett McMillian | Michael Meetze |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/6/2020 | Meredith Cotton | Rdon Herrera |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | | | | photograph of victim |
| 1 | | | | | complaint |
| | 1 | | | | photo Boot camp graduation |
| | 2 | | | | photo MOS school graduation |
| | 3 | | | | state championship picture |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages